1  Cecil Stell Debtor [Chapter 7 Converted
   To Chapter 13 09/02/2014 #13 on Docket]
2  Post Foreclosure Subtenant Pursuant to
   CCP 415.46(e)2 Exhibit "AA"
3  P O Box 6742
   Beverly Hills, CA 90212
4  (213) 452 4928

```
FILED
SEP 1 5 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk
```

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF

## CALIFORNIA LOS ANGELES DIVISION

### Removal of Superior Court Unlawful Post Foreclosure Eviction Case No. 13U12105 & 13U04510 Dept 94 Re 6343 Wooster Ave, L. A. CA 90056

### Superior Court Case No. 13U12105 & 13U04510 Dept 94

### United States Bankruptcy Court Case No. 2:14-bk-23158-SK

RE: Cecil Stell Debtor [Chapter 7
Converted To Chapter 13 09/02/14
#13 on Docket]  Exhibit "A"
==========================
3B'S AND MAZEL
PPROPERTIES LLC et al
          Plaintiff
          vs.
NORA JORDAN & ALL CCP
1174.25 & 1174.3 CLAIMANTS et
al
          Defendants
==========================

NOTICE OF REMOVAL OF
CALIFORNIA SUPERIOR COURT
STATE UNLAWFUL POST
FORECLOSURE EVICTION
ACTION CASE No. 13U12105 &
13U04510 TO THE UNITED STATES
BANKRUPTCY COURT
ADVERSARY CASE No.

**2:14-ap-            -sk**

Dated:09/11/2014 Time: 00:00 AM / PM
Place: 255 East Temple Street, Los Angeles
CA 90012-2863 Courtroom: 1575
Honorable United States Bankruptcy Judge
Sandra R. Klein

TO: THE HONORABLE UNITED STATES BANKRUPTCY COURT

AND TO: THE LOS ANGELES COUNTY SUPERIOR COURT AND TO

ATTORENY FOR PLAINTIFF H. G. LONG (SBN127735) AND TO:

LOS ANGELES COUNTY SHERIFF DEPT. COURT SERVICES

PERSONNEL (INGLEWOOD OFFICE) AND TO: LOS ANGELES

COUNTY SHERIFF DEPT. PERSONNEL MARINA DEL RAY STATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**C/O CAPTIAN JOSEPH H. STEPHEN ET AL AND TO: HONORABLE MAX HUNTSMAN INSPECTOR GENERAL FOR THE LOS ANGELES COUNTY SHERIFF DEPARTMENT AND TO: BRUFFY'S DEL REY TOW AND TO: BRIAN C. BISHOP AKA LIEUTENANT BISHOP**

**NOW COMES** Cecil Stell [Chapter 7 Converted To Chapter 13 09/02/2014 #13 on Docket] Exhibit "A" Title 11 USC 301 Voluntary Debtor Chapter 7 converted to chapter 13 Pro Se the Post Foreclosure Subtenant Pursuant to CCP 415.46(e)2 Exhibit "AA" and other real parties in interest re real property Re Post Foreclosure Rights to Possession and fee simple title at 6343 Wooster Ave., Los Angeles, CA 90056 APN 4102-014-030 appearing to file this:

NOTICE OF REMOVAL OF CALIFORNIA SUPERIOR COURT STATE UNLAWFUL POST FORECLOSURE EVICTION ACTION CASE #13U12105 & 13U04510 TO THE UNITED STATES BANKRUPTCY COURT ADVERSARY CASE No. 2:14-ap- (see above) –SK

The bases for the herein removal are violations of California and United States Constitutional Rights and California and Federal Statutes including but not limited to: a) United States Bankruptcy Title 11 USC 362 Automatic Stay [see May 30, 2014 9th Circuit Court of Appeals Decision "Eden Place v. Perl b) violations of California CCP 1174.3 aka published 9th circuit appeals court case Arrieta v. Mahon (1982) 31 Cal.3d 381 c) violations of CCP 415.46 d) violation of Judgment and Writ of Mandate issued by The Honorable Los Angeles County Superior Court (Unlimited Jurisdiction) Judge Cesar Sarmiento case #BC197745 e) civil / criminal conversion of personal property.

Please see attached copy of superior court judgment roles as required by federal law. Copy of compete filed (all pages) to be supplied.

Dated: September 15, 2014

Respectfully submitted
*Cecil Stell agt*
Cecil Stell
Voluntary Debtor Chapter 7 Converted to Chapter 13 Pro Se

# REDFIN

**6343 Wooster Ave**
Los Angeles, CA 90056
Status: Backup Offers Accepted

REAL ESTATE AGENTS    BUYING    SELLING    MORE

**$1,295,000**    **5**    **4**    **3,982** Sq. Ft.
Listed at Price    Beds    Baths    $325 / Sq. Ft.
Built: 1964    Lot Size: 0.25 Acres    On Redfin: 101 days

PENDING



1 of 30

 ▶ Play Video

**Sale**

Redfin is unable to take you out on tour to see this home because the sellers have accepted an offer and the property is now pending or under contract. Learn more

o imagery here.

Map · Report a map error

Expand Map | Street View | Directions

Please add a private note about this home.

Claim Home          Map Nearby Homes
Price Home           Print This Listing
$5,992/mo. (30yr)    Problem?

**Will Selling Pay Off?**
SOLD Find out how much you could make from selling your home.
Estimate Your Profit!

* * ALL AGENTS: PLEASE SEE PRIVATE REMARKS BEFORE SHOWING * * Enjoy the mid century modern feel of this recently remodeled 5bd/5ba home, located in the ever desirable Ladera Heights neighborhood. The principle rooms in the home are large and light-filled and open to the outdoor entertaining area and pool. The flow of this home is open and ideal for entertaining and family living. The light toned french oak floors play well with the terrazzo floors in the home and marry well with the two light travertine stone slab fireplaces that are found in the living and family room. There is a small bar in the family room as well as a wall of custom built-ins. The oversized kitchen , with its solid wood cabinets, granite counters, glass tiled backsplash and stainless steel appliances open to the large breakfast area and side yard. The master suite is very spacious with abundant closet space, an over sized bath and sauna. The secondary bedrooms are all good size with access to remodeled baths. Three c

| | | | |
|---|---|---|---|
| Property Type: | Residential, Single Family | Style: | Post Modern |
| View: | Park/Green Belt | Community | Culver City |
| County | Los Angeles | MLS# | 14-767217 |

Listing provided courtesy of
Donald Heller, The Agency
DRE #01198240

Source
TheMLS

Redfin last checked: 15 minutes ago  |  Last updated: 1 month ago          Redfin has the best data. Why?

## Nearby Similar Homes

Map These Listings

9/15/2014

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This page is a spacer



 

| | Appellate | Civil | Criminal | Family Law | Juvenile | Mental Health | Probate | Small Claims | Traffic |
|---|---|---|---|---|---|---|---|---|---|

Home  Juror Services  About the Court  Locations  Search

You Are In: Home > Civil > Online Services > Case Summary > Search Results

## Case Summary

[ PRINT ]

**HELP US IMPROVE**

- General Information
- Online Services
- Tools for Litigators
- Complex Court
- Collections Court
- Limited Civil Court
- Personal Injury Court
- Unlawful Detainer Court
- Get Help
- Civil Forms
- Civil Fees
- Civil Locations
- Court Rules

**Case Number:** 13U04510
3 B'S LLC AND MAZEL LLC VS JORDAN, NONA
**Court:** Stanley Mosk Courthouse

**Filing Date:** 04/17/2013
**Case Type:** U.D. RESIDENTIAL (Limited Jurisdiction)
**Status:** Disposed

Future Hearings

None

History Information

Parties

**Plaintiff:** 3 B'S LLC AND MAZEL LLC
**Attorney:** H G LONG & ASSOCIATES

**Defendant:** JORDAN NONA
**Attorney:** JORDAN, NONA

**Defendant:** THE BROOKINS COMMUNITY AFRICAN
**Attorney:** POVERTY & CONSITUTIONAL LAW CENTER

Party Information

Histories (Dates listed in descending order)

**12/11/2013** THIRD PARTY ADDED

**12/11/2013** NSF RETURNED

**12/11/2013** NSF - CLERK'S NOTICE OF FILING FEES REQUIRED (MAILED)

**11/12/2013** INACTIVE CASE

**11/08/2013** RESPONSE FILED

**11/08/2013** NOTICE OF BANKRUPTCY FILED

**09/26/2013** CLERK'S CERTIFICATE OF SERVICE MAILED

**09/23/2013** MOTION RULING ISSUED

**09/18/2013** NOTICE OF RULING FILED

**09/16/2013** MOTION RULING ISSUED

**09/09/2013** MOTION FILED: EX PARTE MOTION HEARING SET FOR 9/16/13

**08/30/2013** CLERK'S NOTICE OF ENTRY OF JUDGMENT FILED AND MAILED

**08/30/2013** MOTION FILED: MOT TO VAC DFLT &/OR JGMT HEARING SET FOR 9/23/13

**08/30/2013** A/C - MOTION FILING

**08/23/2013** NON-JURY TRIAL CONCLUDED - JUDGMENT ENTERED

**08/23/2013** FAILURE TO APPEAR JUDGMENT

**07/29/2013** NOTICE TO DEFENDANT RE: CONTINUANCE OF COURT TRIAL

**07/19/2013** PRE-TRIAL MINUTES-CONTD TO 08/23/13 AT 08:30 A M IN DEPT. 94

**07/18/2013** 415.46 DEFAULT PACKAGE RECEIVED

**07/18/2013** PROOF OF SERVICE FOR UNNAMED TENANTS FILED.

**07/18/2013** DEFAULT AS TO UNNAMED TENANTS CCP 415.46****

**06/26/2013** NOTICE TO DEFENDANT RE: CONTINUANCE OF COURT

**06/21/2013** PRE-TRIAL MINUTES-CONTD TO 07/19/13 AT 08:30 A M IN DEPT. 94

**06/10/2013** DECLARATION OF MAILING/ ANSWER FILED

**06/05/2013** CASE ORDERED REMANDED BACK INTO U.D. CASE #13U04510 AS OF 06/05/13

**05/24/2013** NOTICE OF REMOVAL OF CASE FROM LOS ANGELES COUNTY SUPERIOR COURT TO

**05/24/2013** PRE-TRIAL MINUTES-CONTD TO 06/21/13 AT 08:30 A M IN DEPT. 94

**05/09/2013** NOTICE OF TRIAL MAILED

**05/09/2013** NON-JURY TRIAL SET FOR 05/24/13, 08:30 AM, DEPT 94

**05/08/2013** MEMO TO SET CASE FOR TRIAL FILED-20 MIN(S)

**05/06/2013** RESPONSE FILED

**04/29/2013** REJECTED:APPLICATION TO POST

**04/24/2013** RECEIVED APPLICATION TO POST

**04/22/2013** FEE WAIVER FILED

**04/22/2013** RESPONSE FILED

**04/18/2013** NOTICE OF UNLAWFUL DETAINER MAILED

**04/17/2013** COMPLAINT FILED

**04/17/2013** SUMMONS FILED

Case Information | Party Information | History Information

Community Outreach     Volunteers, Interns & Externs     Employment

©2009 Information Systems and Technology Bureau

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This page is a spacer





# Los Angeles Superior Court

| LA Court ONLINE | Appellate | Civil | Criminal | Family Law | Juvenile | Mental Health | Probate | Small Claims | Traffic |

Home    Juror Services    About the Court    Locations    Search

You Are In: Home > Civil > Online Services > Case Summary > Search Results

## Case Summary

[PRINT]

- General Information
- Online Services
- Tools for Litigators
- Complex Court
- Collections Court
- Limited Civil Court
- Personal Injury Court
- Unlawful Detainer Court
- Get Help
- Civil Forms
- Civil Fees
- Civil Locations
- Court Rules

**Case Number:** 13U12105
3B'S LLC AND MAZEL PROPERTIES LLC VS JORDAN, NONA
**Court:** Stanley Mosk Courthouse

**Filing Date:** 10/02/2013
**Case Type:** U.D. RESIDENTIAL (Limited Jurisdiction)
**Status:** Disposed

### Future Hearings

None

History Information

**Parties**

**Plaintiff:** 3B'S LLC AND MAZEL PROPERTIES LLC
**Attorney:** H.G. LONG & ASSOCIATES

**Defendant:** JORDAN NONA
**Attorney:** None

**Defendant:** THE BROOKINS COMMUNITY AFRICAN
**Attorney:** THE BROOKINS COMMUNITY AFRICAN

**Defendant:** GILFERT WELTON JACKSON BANKRUPTCY
**Attorney:** GILFERT WELTON JACKSON BANKRUPTCY D

**Defendant:** ATER GLI MATHU
**Attorney:** ATER, GLI MATHU

**Defendant:** PARADA OSCAR I BANITEZ
**Attorney:** PARADA, OSCAR I BANITEZ

**Defendant:** VALDEZ JOSE J
**Attorney:** VALDEZ, JOSE J

Party Information

**Histories** (Dates listed in descending order)

**09/08/2014** THIRD PARTY ADDED

**09/08/2014** NSF RETURNED

**09/08/2014** NSF - CLERK'S NOTICE OF FILING FEES REQUIRED (MAILED)

**09/08/2014** THIRD PARTY ADDED

**09/08/2014** NSF RETURNED

**09/08/2014** NSF - CLERK'S NOTICE OF FILING FEES REQUIRED (MAILED)

**08/29/2014** HEARING DELETED - OFF CALENDAR

08/28/2014 DISMISSAL WITHOUT PREJUDICE-ENTIRE ACTION, FILED & ENTERED

08/25/2014 PLAINTIFF'S DECLARATION OF H.G. LONG IN OPPOSITION TO EX-PARTE

08/22/2014 RESPONSE FILED

08/22/2014 RESPONSE FILED

08/11/2014 MOTION FILED: MOTION TO STRIKE HEARING SET FOR 9/04/14

08/06/2014 NOTICE OF WITHDRAWL OF: EX PARTE APPLICATION FOR AN ORDER VACATING

08/05/2014 1ST REQUEST FOR COPIES OF ALL WRITTEN INFORMATION/DOCUMENTS/REPORTS

08/04/2014 RESPONSE FILED

08/04/2014 NOTICE OF BANKRUPTCY FILED

07/17/2014 THIRD PARTY ADDED

07/17/2014 NSF RETURNED

07/17/2014 NSF - CLERK'S NOTICE OF FILING FEES REQUIRED (MAILED)

07/01/2014 PROOF OF SERVICE & EVIDENCE OF DELIVERY OF ADMISSIBLE EVIDENCE OF

07/01/2014 NOTICE OF BANKRUPTCY TITLE 11 STAY AS TO GILFERT WELTON JACKSON

06/30/2014 MOTION FILED: EX PARTE MOTION HEARING SET FOR 6/30/14

06/30/2014 MOTION RULING ISSUED

06/26/2014 A/C - ANSWER FILING

06/26/2014 RESPONSE FILED

02/06/2014 NOTICE OF RULING AND GENERAL CIVIL HEARING FILED

02/03/2014 PRE-TRIAL MINUTES-CONTD TO 08/03/15 AT 08:30 A M IN DEPT. 94

01/28/2014 WRIT RETURNED

01/16/2014 MOTION FILED: EX PARTE MOTION HEARING SET FOR 1/16/14

01/16/2014 MOTION RULING ISSUED

01/16/2014 MOTION FILED: EX PARTE MOTION HEARING SET FOR 1/16/14

01/16/2014 MOTION RULING ISSUED

01/15/2014 CLERK'S CERTIFICATE OF SERVICE MAILED

01/15/2014 NOTICE OF TRIAL MAILED

01/15/2014 NON-JURY TRIAL SET FOR 02/03/14, 08:30 AM, DEPT 94

01/14/2014 MOTION FILED: EX PARTE MOTION HEARING SET FOR 1/14/14

01/14/2014 MOTION RULING ISSUED

12/27/2013 APPLICATION FOR WRIT OF POSSESSION FILED

12/27/2013 WRIT OF POSSESSION OF REAL PROPERTY ISSUED TO LA COUNTY

12/19/2013 HEARING DELETED - OFF CALENDAR

12/19/2013 JUDGMENT AS TO UNNAMED TENANTS CCP 415.46

12/19/2013 DEFAULT JUDGMENT BY CLERK - VACATED

12/17/2013 SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

12/17/2013 REQUEST FOR DEFAULT FILED AND ENTERED

12/06/2013 REQUEST FOR DEFAULT FILED AND NOT ENTERED

12/06/2013 SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

11/26/2013 REQUEST FOR DEFAULT FILED AND NOT ENTERED

11/26/2013 SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

11/25/2013 REQUEST FOR DEFAULT FILED AND NOT ENTERED

11/25/2013 SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

11/25/2013 SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

11/12/2013 NOTICE OF RULING FILED

11/08/2013 MOTION RULING ISSUED

11/05/2013 MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEMURRER.

10/17/2013 PROOF OF SERVICE TO COMPLAINT FILED

10/17/2013 REQUEST FOR DEFAULT FILED AND NOT ENTERED

10/17/2013 SUBMISSION FOR DEFAULT AND JUDGMENT PENDING

10/07/2013 MOTION FILED: FOR DEMURRER TO COMPLAINT HEARING SET FOR 11/08/13

10/03/2013 NOTICE OF UNLAWFUL DETAINER MAILED

10/02/2013 COMPLAINT FILED

10/02/2013 SUMMONS FILED

10/02/2013 OSC SET 04/01/14, 08:30 AM, DEPT. 94 PURSUANT TO GENERAL ORDER * * DELETED

01/17/2013 PROOF OF SERVICE FOR UNNAMED TENANTS FILED.

01/17/2013 DEFAULT AS TO UNNAMED TENANTS CCP 415.46****

Case Information | Party Information | History Information

Community Outreach    Volunteers, Interns & Externs    Employment

©2006 Information Systems and Technology Bureau

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This page is a spacer

(MRWx),CLOSED,DISCOVERY,MANADR,REMANDED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:13-cv-03722-DMG-MRW

3 B's LLC and Mazel LLC v. Nona Jordan et al
Assigned to: Judge Dolly M. Gee
Referred to: Magistrate Judge Michael R. Wilner
Case in other court: Superior Court of CA, Los Angeles
County, 13U04510
Cause: 28:1444 Notice of Removal - Foreclosure

Date Filed: 05/23/2013
Date Terminated: 05/31/2013
Jury Demand: None
Nature of Suit: 290 Real Property: Other
Jurisdiction: Federal Question

**Plaintiff**

**3 B's LLC and Mazel LLC**
*and/or its successors and/or assignees*
*in interest*

represented by **Helen G Long**
HG Long and Associates
634 Oak Court
San Bernardino, CA 92410
909-889-5151
Fax: 909-889-3900
Email:
fastevictionservice@linkline.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nona Jordan**

represented by **Nona Jordan**
6343 Wooster Avenue
Los Angeles, CA 213-422-4731
PRO SE

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2013 | 1 | NOTICE OF REMOVAL from the Superior Court of CA, Los Angeles County, case number 13U04510 with conformed copy of complaint. Case assigned to Judge Dolly M. Gee, discovery to Magistrate Judge Michael R. Wilner; (Filing fee $ 400 PAID ); filed by defendant Nona Jordan.(esa) (Entered: 05/29/2013) |
| 05/23/2013 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by defendant Nona Jordan.(esa) (Entered: 05/29/2013) |

| 05/23/2013 | 3 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed.(esa) (Entered: 05/29/2013) |
| 05/30/2013 | 4 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (ms) (Entered: 05/30/2013) |
| 05/31/2013 | 5 | NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court-Central District filed by Plaintiff 3 B's LLC and Mazel LLC. Motion set for hearing on 6/28/2013 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Long, Helen) (Entered: 05/31/2013) |
| 05/31/2013 | 6 | of Interested Parties filed by Plaintiff 3 B's LLC and Mazel LLC, (Long, Helen) (Entered: 05/31/2013) |
| 05/31/2013 | 7 | MINUTES OF IN CHAMBERS - ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT by Judge Dolly M. Gee: Because Defendant has not established a basis for removal jurisdiction on the face of the Notice of Removal, this action is hereby REMANDED to Los Angeles County Superior Court, Case No. 13U04510. Plaintiff's Motion to Remand 5 is DENIED as moot. Court Reporter: Not Reported. (Attachments: # 1 CV-103 Remand Transmittal Letter) (gk) (Entered: 06/03/2013) |
| 06/17/2013 | 8 | Receipt of Copy of Remand Transmittal Letter from Los Angeles Superior Court, Case No. 13U04510, acknowledged on 6/5/2013. (gk) (Entered: 06/18/2013) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 09/14/2014 09:24:44 | | | |
| PACER Login: | ~~t2021-127285898~~ | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-cv-03722-DMG-MRW End date: 9/14/2014 |
| Billable Pages: | 2 | Cost: | 0.20 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This page is a spacer



**PACER**
Case Locator

**Bankruptcy Party Search**
Sun Sep 14 11:39:46 2014
3 records found

User:   rb8224
Client:
Search:   Bankruptcy Party Search Name jordan, nona Ninth Circuit Page: 1

| Party Name ▼ | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 Jordan, Nona (db) | cacbke | 2:13-bk-28307 | 13 | 07/19/2013 | 09/19/2013 | Dismissed for Failure to File Information 08/09/2013 |
| 2 Jordan, Nona Nanette (db) | cacbke | 2:11-bk-48703 | 7 | 09/13/2011 | 12/28/2011 | Dismissed for Other Reason 12/11/2011 |
| 3 Jordan, Nona (db) | cacbke | 2:13-bk-26133 | 13 | 06/20/2013 | 08/02/2013 | Dismissed for Failure to File Information 07/12/2013 |

Receipt 09/14/2014 11:39:47 107770777

User   rb8224
Client
Description   Bankruptcy Party Search
Name jordan, nona Ninth Circuit Page: 1

You have previously been billed for this page.
Pages   1 ($0.00)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibits

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit

"AA"

## CCP 415 46 (e) 2  [Post Foreclosure Re Prejudgment]

*(2) In any action for unlawful detainer resulting from a foreclosure sale of a rental housing unit pursuant to Section 1161a, paragraph (1) shall not limit the right of any tenant or subtenant of the property to file a prejudgment claim of right of possession pursuant to subdivision (a) of Section 1174.25 at any time before judgment,* **or to object to enforcement of a judgment for possession as prescribed in Section 1174.3, whether or not the tenant or subtenant was served with a prejudgment claim of right to possession**.

============================================================================

415.46.  (a) In addition to the service of a summons and complaint in an action for unlawful detainer upon a tenant and subtenant, if any, as prescribed by this article, a prejudgment claim of right to possession may also be served on any person who appears to be or who may claim to have occupied the premises at the time of the filing of the action. Service upon occupants shall be made pursuant to subdivision (c) by serving a copy of a prejudgment claim of right to possession, as specified in subdivision (f), attached to a copy of the summons and complaint at the same time service is made upon the tenant and subtenant, if any.

(b) Service of the prejudgment claim of right to possession in this manner shall be effected by a marshal, sheriff, or registered process server.

(c) (1) When serving the summons and complaint upon a tenant and subtenant, if any, the marshal, sheriff, or registered process server shall make a reasonably diligent effort to ascertain whether there are other adult occupants of the premises who are not named in the summons and complaint by inquiring of the person or persons who are being personally served, or any person of suitable age and discretion who appears to reside upon the premises, whether there are other occupants of the premises.

(2) If the identity of such an occupant is disclosed to the officer or process server and the occupant is present at the premises, the officer or process server shall serve that occupant with a copy of the prejudgment claim of right to possession attached to a copy of the summons and complaint. If personal service cannot be made upon that occupant at that time, service may be effected by leaving a copy of a prejudgment claim of right to possession attached

3e30060e25e9d0f6

to a copy of the summons and complaint addressed to that occupant with a person of suitable age and discretion at the premises, affixing the same so that it is not readily removable in a conspicuous place on the premises in a manner most likely to give actual notice to that occupant, and sending the same addressed to that occupant by first-class mail.

(3) In addition to the service on an identified occupant, or if no occupant is disclosed to the officer or process server, or if substituted service is made upon the tenant and subtenant, if any, the officer or process server shall serve a prejudgment claim of right to possession for all other persons who may claim to occupy the premises at the time of the filing of the action by leaving a copy of a prejudgment claim of right to possession attached to a copy of the summons and complaint at the premises at the same time service is made upon the tenant and subtenant, if any, affixing the same so that it is not readily removable in a conspicuous place on the premises so that it is likely to give actual notice to an occupant, and sending the same addressed to "all occupants in care of the named tenant" to the premises by first-class mail.

(4) The person serving process shall state the date of service on the prejudgment claim of right to possession form. However, the absence of the date of service on the prejudgment claim of right to possession does not invalidate the claim.

(d) Proof of service under this section shall be filed with the court and shall include a statement that service was made pursuant to this section. Service on occupants in accordance with this section shall not alter or affect service upon the tenant or subtenant, if any.

(e) (1) If an owner or his or her agent has directed and obtained service of a prejudgment claim of right to possession in accordance with this section, no occupant of the premises, whether or not that occupant is named in the judgment for possession, may object to the enforcement of that judgment as prescribed in Section 1174.3.

**(2) In any action for unlawful detainer resulting from a foreclosure sale of a rental housing unit pursuant to Section 1161a, paragraph (1) shall not limit the right of any tenant or subtenant of the property to file a prejudgment claim of right of possession pursuant to subdivision (a) of Section 1174.25 at any time before judgment, _or to object to enforcement of a judgment for possession as prescribed in Section 1174.3, whether or not the tenant or subtenant was served with a prejudgment claim of right to possession_.**

*(f)* *The prejudgment claim of right to possession shall be made on the following form:*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF INCOMPLETE TEXT: The Prejudgment Claim of Right to Possession form appears in the hard-copy publication of the chaptered bill. See Sec. 2 of Chapter 562, Statutes of 2012.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*PRINTER PLEASE NOTE: TIP-IN MATERIAL TO BE INSERTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This page is a spacer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22        **(Additional Evidence To be Supplied)**
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 880 West 1st Street, California  90012.

On or about September 15, 2014, I served the following document described as: Notice of removal of state actions to federal court....
**BY REGULAR MAIL, FAX AND OR PERSONAL DELIVERY)** I am familiar with the ordinary business practices as related to / for collection and processing of correspondence for mailing, including by certified mail-return receipt requested, with the United States Postal Services. The above mentioned document was placed in a sealed envelope, with postage fully paid prepaid thereon and Domestic Return receipt (Postal Service Form 3800) affixed thereto, and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that the same day in the ordinary course of business, addressed as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 15, 2014 at Los Angeles, California

_____ /S/ _____

Mr. W. Meeks (Volunteer)

**Robert Steven Harrison, an Individual California
State Bar  NUMBER: 115759**.

(213) 974 5385  Fax (Unknown)

111 North Hill Street, Los Angeles, CA 90012

THE STATE BAR OF CALIFORNIA

Sunday, September 14, 2014

ATTORNEY SEARCH

Helen Grayce Long - #127735

Current Status: Active

This member is active and may practice law in California.

See below for more details.

## Profile Information

The following information is from the official records of The State Bar of California.

| | | | |
|---|---|---|---|
| Bar Number: | 127735 | | |
| Address: | 3579 E Foothill Blvd # 191 Pasadena, CA 91107 Map it | Phone Number: | (909) 889-2000 |
| | | Fax Number: | (909) 889-3900 |
| | | e-mail: | hglongatty@gmail.com |
| County: | Los Angeles | Undergraduate School: | Univ of California Berkeley; Berkeley CA |
| District: | District 2 | | |
| Sections: | None | Law School: | U of San Francisco SOL; San Francisco CA |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 6/17/1987 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law

### Disciplinary and Related Actions

Overview of the attorney discipline system.

This member has no public record of discipline.

### Administrative Actions

This member has no public record of administrative actions.

Start New Search »

Contact Us  |  Site Map  |  Privacy Policy  |  Notices  |  Copyright  |  Accessibility  |  FAQ

# *State Bar of California*

**Attorney Discipline**

## Office of Probation

State Bar of California

845 S. Figueroa St.

Los Angeles, CA 90017-2515

213-765-1000

## <u>Re: 6343 Wooster Ave. L . A. CA 90056</u>
## <u>Unlawful Post Foreclosure Eviction Action</u>
## <u>Case No. 13U12105 & 13U04510</u>

Los Angeles County Sheriff Station "Marina del Rey"

13851 Fiji Way, Marina del Ray, CA 90292

(310) 482 6000

## 09/  /2014 Personal Delivery to:

[Hand Delivered to _____]

1) Sgt. Thompson and Sgt. Michael Mitchell I.D. # (unknown at this time) and Sgt. Hiracka and Deputy Nicholson and Sgt. Brown # 263552 and  Captain Joseph H. Stephen and **All Detectives Including but not limited to Esteban Martinez**

Page 1 of 1



Sheriff John L. Scott



# Leroy D. Baca, Sheriff & Sheriff John Scott
# Los Angeles County Sheriff's Department
# 4700 Ramona Blvd.
# Monterey Park, CA 91754

Jackie Lacey  was sworn in as Los Angeles
County District Attorney on Dec. 3, 2012.

**District Attorney's Office**
**County of Los Angeles**
210 West Temple Street, Suite 18000
Los Angeles, CA 90012-3210

**Telephone (213) 974-3512**
**Fax (213) 974-1484**

**Max Huntsman:**
**The inspector general for the Los Angeles County Sheriff's Department to provide comprehensive oversight over past & current conduct of LCSD.**



**District Attorney's Office**
**County of Los Angeles**
210 West Temple Street, Suite 18000
Los Angeles, CA 90012-3210

**Telephone (213) 974-3512**
**Fax (213) 974-1484**

This page is a spacer

# BRUFF'S DEL REY TOW ET AL

# [Los Angeles Official Police Garage #14]

# 4130 Glencoe Avenue, Marina Del Rey, CA 90293

# Office (310) 395 0084

# Fax (310) 578 6422

# <u>customerservice@bruffystow.com</u>

## <u>Re: "...1971 Ford (Pick Up) License #7X42170 March 15 CA..."</u>

## <u>Executed BY: (see below & attached)</u>



**office** 310.395.0084
**fax** 310.578.6422
customerservice@bruffystow.com

olice Garage #14
Hindry Ave          4130 Glencoe Ave
es, CA 90045      Marina Del Rey, CA 90292

**OPG**

County of Los Angeles
**SHERIFF'S DEPARTMENT**
John L. Scott, Sheriff

**BRIAN C. BISHOP**
LIEUTENANT

Marina Del Rey Station
13851 Fiji Way
Marina Del Rey, CA 90292
(310) 482-6000 FAX (323) 415-7856
Email: bcbishop@lasd.org

*A Tradition of Service
Since 1850*

www.LASD.org

## Vehicle Impound Authorization & Inventory

I hereby authorize and request Bruffy's Del Rey Tow to remove the following described vehicle:

| Year | Make | Model | Body Type | Color | License No. | | Month/Year | State |
|------|------|-------|-----------|-------|-------------|---|------------|-------|
| 71 | FORD | F25 | 2D | WHITE | 7X42170 | ☐ One ☒ Two | MAR 15 | CA |

Vehicle Identification Number

| F | 2 | 7 | B | R | M | 4 | 6 | 1 | 2 | 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Valuation
☒ Under $3,999.00
☐ Over $4,000.00

Reason for Removal: Not our CARE

Time Observed: 5:00 PM
Authorized Removal Time: 7:20 PM

Address Vehicle Towed From: 243 Wooster Ave LA

Odometer Reading

I hereby declare, under penalty of perjury that I am the ( ) owner of the property or the ( ) lessee or authorized agent of the owner of the property. I further declare as the owner of the property or as the lessee or as the agent of the property owner that I have complied with all pertinent City or County ordinances and applicable State laws relative to posting of No Parking signs on the property. **I certify that where applicable, one hour or more has elapsed before the vehicle was removed.** As the owner, or on behalf of the owner of the property, I do hereby release and hold Bruffy's Del Rey Tow harmless from any and all claims which may arise as the result of the removal of the subject vehicle from the foresaid property.

Executed this 25 day of AUG 20 14, at (city) LA , California.

**NON Residential**
Print Name_____ Signature_____ Job Title_____
Address_____ Telephone #_____

**Residential**
Print Name FARIBORZ EBBI HARCONIAN Signature_____ Job Title OWNER
Address 7?N DOHENY DR BEVERLY HILLS Telephone #_____

**Towed Vehicle-**
☒ Front ☐ Rear ☐ Flatbed ☐ Dollys ☐ Go-Jacks
☒ Locked ☒ Unlocked Lock-out required to tow? ☒ Yes ☐ No



REGISTRATION CARD VALID FROM: 03/31/2014 TO: 03/31/2015

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| FORD | 1972 | 1972 | AC | 2012 | 32Y | 31 | 7X42170 |

| BODY TYPE MODEL | MP | MO | AX | WC | UNLADEN/G/CGW | | VEHICLE ID NUMBER |
|---|---|---|---|---|---|---|---|
| SERV | G | VR | 2 | D | 04660 | | F27BRN46121 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|---|---|---|---|---|---|
| COMMERCIAL | 04/28/14 | 19 | 04/28/14 | 9 | S3418880 |

PR EXP DATE: 03/31/2014

REGISTERED OWNER
OSCAR ISMAEL BENITEZ
4667 MAPLEWOOD AVE APT 6

LOS ANGELES
CA          90004

AMOUNT PAID
$ 578.00



AMOUNT DUE
$ 578.00

AMOUNT RECVD
CASH :
CHCK :          578.00
CRDT :

LIENHOLDER

H00   V73 A9  0057800  0003 CS   H00 042814 31   7X42170 121

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This page is a spacer

**Faribort EBBI HAYEENIAN (OWNER)**

**721 North Doheny Drive**

**Beverly Hills, CA 90210-3527**

**======**

David Khalil 2850 West 120th Street

Hawthorn, CA 90250

(310) 887 8006

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, September 12, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | 3 B'S, LLC |
| **Entity Number:** | 201117410315 |
| **Date Filed:** | 06/23/2011 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 343 S REEVES DR #301 |
| **Entity City, State, Zip:** | BEVERLY HILLS CA 90212 |
| **Agent for Service of Process:** | BEN KARIMI |
| **Agent Address:** | 16311 VENTURA BLVD #1111 |
| **Agent City, State, Zip:** | ENCINO CA 91436 |

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, September 12, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | **3-B'S PROPERTY MANAGEMENT, LLC.** |
| **Entity Number:** | **201415510271** |
| **Date Filed:** | **06/02/2014** |
| **Status:** | **ACTIVE** |
| **Jurisdiction:** | **CALIFORNIA** |
| **Entity Address:** | **692 CAMINO CAMPANA** |
| **Entity City, State, Zip:** | **SANTA BARBARA CA 93111** |
| **Agent for Service of Process:** | **MARCO FRAUSTO** |
| **Agent Address:** | **44 ALAMEDA PADRE SERRA** |
| **Agent City, State, Zip:** | **SANTA BARBARA CA 93103** |

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, September 12, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | MAZEL PROPERTIES, LLC |
| Entity Number: | 201026610275 |
| Date Filed: | 09/21/2010 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 10390 WILSHIRE BLVD STE 405 |
| Entity City, State, Zip: | LOS ANGELES CA 90024 |
| Agent for Service of Process: | HOORI KASHANI |
| Agent Address: | 10390 WILSHIRE |

**Donald Heller, an Individual
aka CA Real Estate Salesman #01198240**

**11726 San Vicente Blvd. #350**

**Los Angeles, CA 90049**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This page is a spacer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18        **(Additional Parties to Service List To Be Supplied)**
19
20
21
22
23
24
25
26
27
28

FORM B104  (08/07)

2007 USBC, Central District of California

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Page 2) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>3 B's LLC and Mazel Properties, LLC | **DEFENDANTS**<br>Nora Jordan & Cecil Stell & All unknown occupants |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Helen Grayce Long (SBN127735)<br>3579 East Foothill Blvd. #191<br>Pasadena, CA 91107    (909) 889 2000    Fax (909) 889 3900 | **ATTORNEYS** (If Known)<br>Pro Se<br>P O Box 6742, Beverly Hill CA 90212<br>(213) 452 4928 |
|---|---|

**RECEIVED**
**SEP 15 2014**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

| **PARTY** (Check One Box Only) | **PARTY** (Check One Box Only) |
|---|---|
| ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee | ☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
1) Violation of Title 11 USC 362 Automatic Stay 2) Violation of Federal Post Foreclosure Tenant Protection Act of 2009
3) Violation of CCP 415.46(e)2 4) Violation of California & Federal Due Process

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false
   representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement,
   larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

☐ 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
   (other than domestic support)

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay

☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☒ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.

☐ 02-Other (e.g. other actions that would have been brought in state
   court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ 17,760,000.00 |

**Other Relief Sought**
Including But Not Limited to :1) Vacate Actions in violation of bankruptcy stay 2) Vacate void judgments in violation of personal jurisdiction 3) Vacate prosecution in violation of Constitutional rights 4) Recover unlawfully seized personal property 5) Los Angeles County Sheriff Department Personal violation(s) of Title 18 USC 242 &243 et al 6) Violation of Fourth Amendment Rights 7) Violation of Fifth Amendment Rights



FORM B104 (08/07), page 2                                                                                                        2007 USBC, Central District of California

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | | BANKRUPTCY CASE NO. |
| --- | --- | --- |
| Cecil Stell | | 2:14-bk-23158SK |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| --- | --- | --- |
| Central District | Los Angeles | Sandra R. Klien |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| --- | --- | --- |
| N / A | N / A | N / A |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| --- | --- | --- |
| N / A | N / A | N / A |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
| --- | --- |
| | *CECIL STELL* |

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
| --- | --- |
| 9/15/14 | Cecil Stell |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.